tion by Frederick Potter and another against the Park Company. A. B. Parker, of New York City, for appellant. J. Larkin, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

POWELL v. AMERICAN & BRITISH MFG. CO. et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Appeal from Special Term, New York County. Application by Omar Powell for a writ of mandamus against the American & British Manufacturing Company and another. From an order modifying an order granting the writ, defendants appeal. Modified and affirmed. Ralph Polk Buell, of New York City, for appellants. Omar Powell, of New York City, in pro. per.

PER CURIAM. The order is modified, so as to permit the examination of items Nos. 3, 4, and 5 at the office of the defendant in the city of Providence, R. I. As so modified, the order is affirmed, with $10 costs and disbursements to the appellant.

PRESCOTT v. ROBINS DRY DOCK & REPAIR CO. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by John W. Prescott against the Robins Dry Dock & Repair Company. No opinion. Motion denied, with $10 costs. Settle order on notice.

PRINE, Appellant, v. COMMERCIAL TRAVELERS' MUT. ACCIDENT ASS'N OF AMERICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Lillian L. Prine, as administratrix, etc., against the Commercial Travelers' Mutual Accident Association of America. No opinion. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

PRINZ, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Martha Prinz against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

PRUDENTIAL VAUDEVILLE EXCH. v. MACKINTOSH. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by the Prudential Vaudeville Exchange against L. D. Mackintosh. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed,

In re PUBLIC SERVICE COMMISSION. (Supreme Court, Appellate Division, First Department. February 28, 1913.) In the matter of the Public Service Commission. No opinion. Motion denied. Order filed.

In re PUBLIC SERVICE COMMISSION. (Supreme Court, Appellate Division, Second

Department. February 28, 1913.) In the matter of the application of the Public Service Commission for the appointment of three commissioners to determine and report whether a rapid transit railroad or railroads for the conveyance and transportation of persons and property, as determined by the Commission, ought to be constructed and operated; Steinway Tunnel and Queensboro Plaza Route. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 138 N. Y. Supp. 1138.

In re PUBLIC SERVICE COMMISSION FOR FIRST DISTRICT. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of the application of the Public Service Commission for the First District for the appointment of three commissioners, etc.; Utica Avenue Route. No opinion. Motion granted, and order filed.

PURDY, Appellant, v. OSSINING PRINTING & PUBLISHING CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by James Garfield Purdy against the Ossining Printing & Publishing Company. No opinion. Judgment and order affirmed, with costs.

QUICK, Respondent, v. NIAGARA FALLS POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by George A. Quick against the Niagara Falls Power Company. No opinion. Motion for leave to appeal to Court of Appeals (from 139 N. Y. Supp. 1141) denied, with $10 costs.

QUINN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Mary Josephine Quinn, an infant, etc., by James Quinn, her guardian ad litem, against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

QUINN, Respondent, v. NEW YORK LIVERY & AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Joseph J. Quinn against the New York Livery & Auto Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for error in the exclusion of evidence at folios 138 to 143 of the printed record on appeal.

RADLEY, Respondent, v. McKENZIE FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Richard Radley against the McKenzie Furnace Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 139 N. Y. Supp. 1141.